[No. 44657-6-I.  Division One.  August 21, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. ROGELIO VASQUEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 98-1-00160-8, Vickie Inman Churchill, J., entered May 20, 1999. *Affirmed in part, reversed in part* and *remanded* by unpublished opinion per Cox, J., concurred in by Agid, C.J., and Appelwick, J.

[No. 45188-0-I.  Division One.  August 21, 2000.]

THE STATE OF WASHINGTON, *Appellant*, v. ONDRAIL WRIGHT, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-00065-6, Janice Niemi, J., entered August 6, 1999. *Remanded* by unpublished per curiam opinion.

[Nos. 45672-5-I; 45673-3-I;  Division One.  August 21, 2000.]
45674-1-I.

THE STATE OF WASHINGTON, *Appellant*, v. JAMES BATTLE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-06902-0, Sharon S. Armstrong, J., entered November 15, 1999. *Remanded* by unpublished per curiam opinion.